United States District Court
Southern District of Texas
**ENTERED**
December 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ILDA STEEN, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § § | 3:23-cv-72 |
| MAIDS IN THE USA, *et al.*, | | |
| Defendants. | | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 8, 2023, this case was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 13. Judge Edison filed a memorandum and recommendation on November 29, 2023, recommending that the defendants' first amended motion to dismiss pursuant to Rule 12(b)(6) (Dkt. 11) be denied. *See* Dkt. 17.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record.

Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 17) is approved and adopted in its entirety as the holding of the court; and

(2) The defendants' first amended motion to dismiss pursuant to Rule 12(b)(6) (Dkt. 11) is denied.

Signed on Galveston Island this 15th day of December, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE