United States District Court
Southern District of Texas
**ENTERED**
May 07, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ILDA STEEN, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | 3:23-cv-72 |
| MAIDS IN THE USA, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 8, 2023, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 13. Judge Edison filed a memorandum and recommendation on April 19, 2024, recommending that the plaintiffs' motion for summary judgment on the defendants' counterclaims (Dkt. 36) be granted. *See* Dkt. 41.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 41) is approved and adopted in its entirety as the holding of the court; and

(2) The plaintiffs' motion for summary judgment on the defendants' counterclaims (Dkt. 36) is granted.

Signed on Galveston Island this 7th day of May, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE