United States District Court
Southern District of Texas
**ENTERED**
June 14, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ILDA STEEN, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | 3:23-cv-72 |
| MAIDS IN THE USA, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 8, 2023, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 13. Judge Edison filed a memorandum and recommendation on May 13, 2024, recommending that the defendants' second motion for summary judgment (Dkt. 26) be granted. *See* Dkt. 43.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 43) is approved and adopted in its entirety as the holding of the court;

(2) Defendants Clyde Moss and Kandra Moss's second motion for summary judgment (Dkt. 26) is granted; and

(3) Summary judgment is also granted in favor of the defendant Maids in the USA because the plaintiffs have not shown that Maids in the USA is an entity capable of being sued.

SIGNED on Galveston Island this 14th day of June, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE